```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

**FILED**

MAR 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MUNOZ GALVAN, <br> ADAN NIETO SIQUIEROS, <br> JOSE MIGUEL CRUZ-SALCIDO, <br> ALEJANDRO PANTOJA-SOLORIA, and <br> EDGAR ROMERO FIGUEROA <br><br> Defendants. | MAG. NO. 2:12-060 KJN <br><br> APPLICATION AND ORDER <br> FOR UNSEALING COMPLAINT |

On February 27, 2012, a complaint was filed in the above-referenced case. Since some of the defendants in this case have been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint and attached affidavit be unsealed.

DATED: March 2, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        By /s/ Todd D. Leras
                                        TODD D. LERAS
                                        Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED:

DATED: 3-2-2012                         _____
                                        EDMUND F. BRENNAN
                                        United States Magistrate Judge

1