**ERIN J. RADEKIN**
**Attorney at Law -** SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ALEJANDRO MUNOZ GALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ALEJANDRO MUNOZ GALVAN, et al.,<br><br>          Defendants. | 2:12-CR-00115 GEB<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, defendant, Alejandro Pantoja-Solorio, by and through his counsel, Michael Bigelow, defendant Garardo Cardenas, by and through his counsel, Shari Rusk, and defendant Alejandro Munoz Galvan, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, May 18, 2012 at 9:00 a.m., and to continue the status conference to August 10, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

The reason for this request is that the parties need additional time to review discovery and for other defense preparation. The Court is advised that all counsel named above concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until August 10, 2012 should be excluded in computing time for commencement of trial under the

1  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
2  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
3  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
4  outweigh the best interests of the public and the defendant in a speedy trial.
5      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
6  IT IS SO STIPULATED

7
   Dated: May 16, 2012                                BENJAMIN WAGNER
8                                                    United States Attorney

9                                              By:      /s/ Erin J. Radekin for
                                                    TODD LERAS
10                                                   Assistant United States Attorney

11
   Dated: May 16, 2012                                  /s/ Erin J. Radekin for
12                                                   SHARI RUSK
                                                    Attorney for Defendant
13                                                   GARARDO CARDENAS

14
   Dated: May 16, 2012                                  /s/ Erin J. Radekin for
15                                                   MICHAEL BIGELOW
                                                    Attorney for Defendant
16                                                   ALEJANDRO PANTOJA-SOLORIO

17 Dated: May 16, 2012                                 /s/ Erin J. Radekin
                                                    ERIN J. RADEKIN
18                                                   Attorney for Defendant
                                                    ALEJANDRO MUNOZ GALVAN
19
   / / /
20
   / /
21
   /
22

23

24

25

26

27

28

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of May 18, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on August 10, at 9:00 a.m. The court finds excludable time in this matter through August 10, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: May 17, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge