**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ALEJANDRO MUNOZ GALVAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00115 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| ALEJANDRO MUNOZ GALVAN, et al., | |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, defendant, Alejandro Pantoja-Solorio, by and through his counsel, Michael Bigelow, defendant Gararado Cardenas, by and through his counsel, Shari Rusk, and defendant Alejandro Munoz Galvan, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, August 10, 2012 at 9:00 a.m., and to continue the status conference to September 21, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

The reason for this request is that the parties need additional time to review discovery and for other defense preparation. The Court is advised that all counsel named above concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 21, 2012 should be excluded in computing time for commencement of trial under the

1 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
2 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
3 preparation. It is further agreed and stipulated that the ends of justice served in granting the request
4 outweigh the best interests of the public and the defendant in a speedy trial.
5     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
6 IT IS SO STIPULATED

7 Dated: August 3, 2012                        BENJAMIN WAGNER
                                                 United States Attorney
8
                                       By:      /s/ Todd Leras
9                                            TODD LERAS
                                           Assistant United States Attorney
10

11 Dated: August 3, 2012                          /s/ Shari Rusk
                                           SHARI RUSK
12                                            Attorney for Defendant
                                           GARARDO CARDENAS
13

14 Dated: August 3, 2012                        /s/ Michael Bigelow
                                           MICHAEL BIGELOW
15                                            Attorney for Defendant
                                           ALEJANDRO PANTOJA-SOLORIO
16
   Dated: August 3, 2012                        /s/ Erin J. Radekin
17                                            ERIN J. RADEKIN
                                           Attorney for Defendant
18                                            ALEJANDRO MUNOZ GALVAN

19 / / /
20 / /
21 /
22
23
24
25
26
27
28

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of August 10, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on September 21, 2012 at 9:00 a.m.   The court finds excludable time in this matter through September 21, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  August 6, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge