Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 12-115 GEB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court: Hon. Garland E. Burrell, Jr. |
| Gerardo Cardenas, et. al., | Time: 9:00 a.m. <br> Date: December 7, 2012 |
| Defendants | |

Defendants Gerardo Cardenas, Alejandro Galvan and Alejandro Solario-Chavez are charged in an eight count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine and 21 U.S.C. 853(a) – a criminal forfeiture count.  A status conference was previously set for November 2, 2012.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to December 7, 2012 and that date is available with the Court.

///

///

///

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: October 29, 2012          Respectfully submitted,


   /s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Gerardo Cardenas


/s/ Erin Radekin
Erin Radekin
Attorney for Alejandro Munoz-Galvan


/s/ Michael Bigelow
Michael Bigelow
Attorney for Alejandro Pantoja-Solario

/s/ Todd Leras
Todd Leras
Assistant United States Attorney


**ORDER**


IT IS SO ORDERED. The Court finds excludable time through December 7, 2012, based on Local Code T4, giving counsel reasonable time to prepare.

**Date:  10/30/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge