Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 12-115 GEB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court: Hon. Garland E. Burrell, Jr. |
| Gerardo Cardenas, et. al., | Time: 9:00 a.m.<br>Date: March 8, 2013 |
| Defendants | |

    Defendants Gerardo Cardenas, Alejandro Galvan and Alejandro Solario-Chavez are charged in an eight count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine and 21 U.S.C. 853(a) – a criminal forfeiture count.  A status conference was previously set for December 7, 2012.   The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to March 8, 2013 if that date is available with the Court.

///

///

///

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: December 4, 2012          Respectfully submitted,


                                               /s/ Shari Rusk
                                            Shari Rusk
                                            Attorney for Defendant
                                            Gerardo Cardenas


                                              /s/ Erin Radekin
                                            Erin Radekin
                                            Attorney for Alejandro Munoz-Galvan


                                              /s/ Michael Bigelow
                                            Michael Bigelow
                                            Attorney for Alejandro Pantoja-Solario

                                              /s/ Todd Leras
                                            Todd Leras
                                            Assistant United States Attorney


**ORDER**


IT IS SO ORDERED. The Court finds excludable time through March 8, 2013, based on Local Code T4, giving counsel reasonable time to prepare.

**Date:  12/5/2012**

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         Senior United States District Judge

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28