```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MUNOZ GALVAN, GERARDO CARDENAS, and ALEJANDRO PANTOJA SOLORIO, <br><br> Defendants. | CR. NO. 2:12-cr-0115 TLN <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

The United States of America, through Assistant United States Attorney Todd D. Leras, and Attorney Erin Radekin on behalf of Alejandro Galvan, Attorney Shari Rusk on behalf of Gerardo Cardenas, and Attorney Michael Bigelow on behalf of Alejandro Pantoja Solorio, stipulate and agree to set this matter for a Status Conference on June 6, 2013, at 9:30 a.m.

On April 4, 2013, the Honorable Morrison C. England, Jr., Chief Judge for the United States District Court, Eastern District of California, issued an Order reassigning this case to newly-appointed United States District Court Judge Troy L. Nunley. The matter had

1

1 previously been assigned to United States District Judge Garland E.
2 Burrell, Jr., and scheduled for a status conference on May 3, 2013.
3      The parties are requesting that the Court continue the status
4 conference to June 6, 2013.  The case involves an alleged
5 methamphetamine distribution conspiracy.  Defense counsel are
6 conducting investigation related to matters alleged to have occurred
7 during the conspiracy.  These matters may have an impact on
8 applicable sentencing guidelines.   In light of re-assignment of the
9 case and the need to complete investigation, all parties request
10 that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) -
11 Local Code T-4 (attorney preparation and continuity of counsel).
12 The parties agree to an exclusion of time for the reasons stated
13 above for the period from May 3, 2013 up to and including June 6,
14 2013.
15      Defense counsel have authorized Assistant U.S. Attorney Todd
16 Leras to sign this stipulation on their behalf.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: May 3, 2013              By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney


DATED: May 3, 2013              By: /s/ Todd D. Leras for
                                    ERIN RADEKIN
                                    Attorney for Defendant
                                    ALEJANDRO MUNOZ GALVAN


DATED: May 3, 2013              By: /s/ Todd D. Leras for
                                    SHARI RUSK
                                    Attorney for Defendant
                                    GERARDO CARDENAS

DATED: May 6, 2013                By: /s/ Todd D. Leras for
                                      MICHAEL BIGELOW
                                      Attorney for Defendant
                                      ALEJANDRO PANTOJA SOLORIO

## ORDER

A status conference is set in this matter for June 6, 2013, at 9:30 a.m.  Based on the representations of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.  Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including the period from May 3, 2013 to June 6, 2013.

DATED:    May 8, 2013

Troy L. Nunley
United States District Judge