Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Gerardo Cardenas, et. al.,<br><br>　　　　Defendants | ) Case No.: CR. S-12-115 TLN<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) Court:  Hon. Troy L. Nunley<br>) Time:   9:00 a.m.<br>) Date:   July 11, 2013<br>)<br>) |

　　　Defendants Gerardo Cardenas, Alejandro Galvan and Alejandro Solario-Chavez are charged in an eight count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine and 21 U.S.C. 853(a) – a criminal forfeiture count.  A status conference was previously set for June 6, 2013.   The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to July 11, 2013 and that date is available with the Court.

///

///

///

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: June 3, 2013          Respectfully submitted,

           /s/ Shari Rusk
           Shari Rusk
           Attorney for Defendant
           Gerardo Cardenas

           /s/ Erin Radekin
           Erin Radekin
           Attorney for Alejandro Munoz-Galvan

           /s/ Michael Bigelow
           Michael Bigelow
           Attorney for Alejandro Pantoja-Solario

           /s/ Todd Leras
           Todd Leras
           Assistant United States Attorney

**ORDER**

IT IS SO ORDERED. The Court finds excludable time through July 11, 2013, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: June 3, 2013

Troy L. Nunley
United States District Judge