```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ALEJANDRO MUNOZ GALVAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00115 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ALEJANDRO MUNOZ GALVAN, et al., | |
| Defendants. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorneys Todd Pickles and Olusere Olowoyeye, defendant, Alejandro Pantoja-Solorio, by and through his counsel, Michael Bigelow, defendant Garardo Cardenas, by and through his counsel, Shari Rusk, and defendant Alejandro Munoz Galvan, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 16, 2014 at 9:30 a.m., and to continue the status conference to March 20, 2014 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is that the parties need additional time for plea negotiations, investigation and other defense preparation.  The Court is advised that all counsel named above concur with

1

1 this request and have authorized Ms. Radekin to sign this stipulation on
2 their behalf.
3    The parties further agree and stipulate that the time
4 period from the filing of this stipulation until March 20, 2014 should be
5 excluded in computing time for commencement of trial under the Speedy Trial
6 Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv)
7 and Local Code T4, to allow continuity of counsel and to allow reasonable
8 time necessary for effective defense preparation.  It is further agreed and
9 stipulated that the ends of justice served in granting the request outweigh
10 the best interests of the public and the defendant in a speedy trial.
11    Accordingly, the parties respectfully request the Court
12 adopt this proposed stipulation.
13 IT IS SO STIPULATED

```
Dated: January 11, 2014              BENJAMIN WAGNER
                                     United States Attorney
                            By:      /s/ TODD PICKLES
                                     TODD PICKLES
                                     Assistant United States Attorney

Dated: January 11, 2014              /s/ Olusere Olowoyeye
                                     OLUSERE OLOWOYEYE
                                     Assistant United States Attorney

Dated: January 11, 2014              /s/ Shari Rusk
                                     SHARI RUSK
                                     Attorney for Defendant
                                     GARARDO CARDENAS

Dated: January 11, 2014              /s/ Michael Bigelow
                                     MICHAEL BIGELOW
                                     Attorney for Defendant
                                     ALEJANDRO PANTOJA-SOLORIO

Dated: January 11, 2014              /s/ Erin J. Radekin
                                     ERIN J. RADEKIN
                                     Attorney for Defendant
                                     ALEJANDRO MUNOZ GALVAN
```

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of January 16, 2014 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on March 20, 2014 at 9:30 a.m.  The court finds excludable time in this matter through March 20, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: January 14, 2014

_____
Troy L. Nunley
United States District Judge