ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ALEJANDRO MUNOZ GALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-CR-00115 TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| ALEJANDRO MUNOZ GALVAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorneys Todd Pickles and Olusere Olowoyeye, defendant, Alejandro Pantoja-Solorio, by and through his counsel, Michael Bigelow, defendant Garardo Cardenas, by and through his counsel, Shari Rusk, and defendant Alejandro Munoz Galvan, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, March 20, 2014 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to May 1, 2014 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is that the parties are still engaged in investigation, plea negotiations, and other defense preparation.  The Court

Stipulation and Order - 1

is advised that the government concurs with this request and all counsel above have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until May 1, 2014 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

```
Dated: March 14, 2014              BENJAMIN WAGNER
                                   United States Attorney

                                   By:     /s/ Todd Pickles
                                           TODD PICKLES
                                           Assistant United States Attorney

Dated: March 14, 2014                      /s/ Olusere Olowoyeye
                                           OLUSERE OLOWOYEYE
                                           Assistant United States Attorney


Dated: March 14, 2014                      /s/ Shari Rusk
                                           SHARI RUSK
                                           Attorney for Defendant
                                           GARARDO CARDENAS


Dated: March 14, 2014                      /s/ Michael Bigelow
                                           MICHAEL BIGELOW
                                           Attorney for Defendant
                                           ALEJANDRO PANTOJA-SOLORIO


Dated: March 14, 2014                      /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           ALEJANDRO MUNOZ GALVAN
```

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of March 20, 2014 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on May 1, 2014 at 9:30 a.m.  The Court finds excludable time in this matter through May 1, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: March 18, 2014

_____
Troy L. Nunley
United States District Judge