BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>ALEJANDRO MUNOZ GALVAN, et al.,<br><br>            Defendants. | CASE NO.  2:12-CR-00115 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 1, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

1.      By previous order, this matter was set for status on May 1, 2014.

2.      By this stipulation, defendants now move to continue the status conference until June 5, 2014, and to exclude time between May 1, 2014, and June 5, 2014, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and other documents in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendants desire additional time to consult to review discovery for this matter, to engage in discussions with the United States regarding potential resolution, for which they will need to review discovery provided, and to otherwise prepare for a possible trial.

c)      Counsel for defendants believe that failure to grant the above-requested

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 1, 2014 to June 5, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 25, 2014                            BENJAMIN B. WAGNER
                                                              United States Attorney

                                                              /s/ OLUSERE OLOWOYEYE
                                                              OLUSERE OLOWOYEYE
                                                              TODD A. PICKLES
                                                              Assistant United States Attorney


Dated:  April 25, 2014                              /s/ Olusere Olowoyeye for
                                                              ERIN RADEKIN, ESQ.
                                                              Counsel for Defendant
                                                              ALEJANDRO MUNOZ
                                                              GALVAN

//

//

| | | |
|---|---|---|
| Dated: April 25, 2014 | | /s/ Olusere Olowoyeye for |
| | | SHARI RUSK, ESQ. |
| | | Counsel for Defendant |
| | | GERARDO CARDENSA |

Dated: April 25, 2014          /s/ Olusere Olowoyeye for
                               MICHAEL BIGELOW, ESQ.
                               Counsel for Defendant
                               ALEJANDRO PANTOJA-
                               SOLORIO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 29th day of April, 2014.

_____
Troy L. Nunley
United States District Judge