ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ALEJANDRO MUNOZ GALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00115 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| ALEJANDRO MUNOZ GALVAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorneys Todd Pickles and Olusere Olowoyeye, defendant, Alejandro Pantoja-Solorio, by and through his counsel, Michael Bigelow, defendant Garardo Cardenas, by and through his counsel, Shari Rusk, and defendant Alejandro Munoz Galvan, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, June 5, 2014 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to July 31, 2014 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is that the parties need additional time to complete plea negotiations and other defense preparation. The Court is

Stipulation and Order - 1

1  advised that the government concurs with this request and all counsel above
2  have authorized Ms. Radekin to sign this stipulation on their behalf.
3      The parties further agree and stipulate that the time period from the
4  filing of this stipulation until July 31, 2014 should be excluded in
5  computing time for commencement of trial under the Speedy Trial Act, based
6  upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
7  Code T4, to allow reasonable time necessary for effective defense
8  preparation.  It is further agreed and stipulated that the ends of justice
9  served in granting the request outweigh the best interests of the public and
10 the defendant in a speedy trial.
11     Accordingly, the parties respectfully request the Court adopt this
12 proposed stipulation.
13 IT IS SO STIPULATED
14 Dated: May 30, 2014              BENJAMIN WAGNER
                                    United States Attorney
15
                             By:   /s/ Todd Pickles
16                                  TODD PICKLES
                                    Assistant United States Attorney
17
   Dated: May 30, 2014               /s/ Olusere Olowoyeye
18                                  OLUSERE OLOWOYEYE
                                    Assistant United States Attorney
19

20 Dated: May 30, 2014               /s/ Shari Rusk
                                    SHARI RUSK
21                                  Attorney for Defendant
                                    GARARDO CARDENAS
22

23 Dated: May 30, 2014               /s/ Michael Bigelow
                                    MICHAEL BIGELOW
24                                  Attorney for Defendant
                                    ALEJANDRO PANTOJA-SOLORIO
25

26 Dated: May 30, 2014               /s/ Erin J. Radekin
                                    ERIN J. RADEKIN
27                                  Attorney for Defendant
                                    ALEJANDRO MUNOZ GALVAN
28

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of June 5, 2014 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on July 31, 2014 at 9:30 a.m.  The Court finds excludable time in this matter through July 31, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: June 2, 2014

Troy L. Nunley
United States District Judge